Richard H. Reimer (RHR-7878)
Andrew J. Schaeffer (AJS-8275)
ASCAP Building
One Lincoln Plaza
New York, New York 10023
(212) 621-6261

and

I. Fred Koenigsberg (IK3259)
Stefan M. Mentzer (SM2542)
Christopher J. Glancy (CG 3387)
1155 Avenue of the Americas
WHITE & CASE, LLP
New York, New York 10036
(212) 819-8200

Attorneys for Plaintiffs



07 CV 6818

JUDGE CHIN

JUL 3 0 2007
U.S.D.C. S.D. N.Y.
CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

REALSONGS, UNIVERSAL MUSIC CORP.,
DIRTY DRE MUSIC, HITCO SOUTH, PLADIS
MUSIC, EMI APRIL MUSIC INC. AND
CHAPPELL & CO., INC.,

                    Plaintiffs,

-against-

DIVENTURE, LLC AND DIVYESH R. PATEL,

                    Defendants.

------------------------------------- x

Civil Action No.

### DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiffs REALSONGS, et al. in the above captioned action, certifies that

UNIVERSAL MUSIC CORP. is wholly owned by Vivendi, a publicly held foreign corporation; EMI APRIL MUSIC INC. is wholly owned by EMI Group, PLC, a publicly held foreign corporation; and CHAPPELL & CO., INC. is wholly owned by publicly held Warner Music Group Corp.

And

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiffs REALSONGS, DIRTY DRE MUSIC, HITCO SOUTH and PLADIS MUSIC, in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

_July 30, 2007_
Date

Richard H. Reimer (RHR-7878)
Andrew J. Schaeffer (AJS-8275)
ASCAP Building
One Lincoln Plaza
New York, New York 10023
(212) 621-6261

WHITE & CASE, LLP

By: _____
I. Fred Koenigsberg (IK3259)
Stefan M. Mentzer (SM 2542)
Christopher J. Glancy (CG 3387)
Avenue of the Americas
New York, New York 10036
(212) 819-8200

Attorneys for Plaintiffs