UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REALSONGS; UNIVERSAL MUSIC CORP.;
DIRTY DRE MUSIC; HITCO SOUTH; PLADIS
MUSIC; EMI APRIL MUSIC INC.; and
CHAPPELL & CO., INC.,

          Plaintiffs,

- against -

DIVENTURE, LLC and DIVYESH R. PATEL,

          Defendants.

07 CV 6818 (DC)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/22/07

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiffs Realsongs; Universal Music Corp.; Dirty Dre Music; Hitco South; Pladis Music; EMI April Music Inc.; and Chappell & Co., Inc. hereby dismiss this action against defendants Diventure, LLC and Divyesh R. Patel WITH PREJUDICE, with all parties to bear their own costs, including attorneys' fees.

Dated: New York, New York
      September 27, 2007

WHITE & CASE LLP

By: _____
    I. Fred Koenigsberg (IK 3259)
    Christopher J. Glancy (CG 3387)
    Stefan M. Mentzer (SM 2542)
1155 Avenue of the Americas
New York, New York 10036
(212) 819-8200

RICHARD H. REIMER (RR 7878)
Andrew J. Schaeffer (AS 8275)
ASCAP Building
One Lincoln Plaza
New York, New York 10023
(212) 621-6261

*Attorneys for Plaintiffs*

SO ORDERED:

_____
U.S.D.J.

10/22/07